UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| IN RE | : | Case No. 22-01357-DSC13 |
| | : | Chapter 13 |
| Jennifer Wood, | : | Judge D. Sims Crawford |
| | : | |
| DEBTOR. | : | |

-----------------------------------------------------------------------------------------------------------------

## OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Creditor"), a secured creditor in the above-captioned case, by and through counsel, and objects to confirmation of the Debtor's Chapter 13 Plan (Doc #4) ("Plan"), and as grounds therefore states as follows:

1. Creditor filed a proof of claim secured by a deed of trust on real property of the debtors' estate at 601 Valley Drive Birmingham, AL 35206 (the "Property") in the approximate amount of $6,734.78

2. The Plan fails to provide for adequate treatment of Creditor's claim.

3. The Plan as proposed provides to pay an arrearage amount of $3,178.84 to Creditor. Due to this discrepancy, the Plan is not feasible..

4. The Plan as proposed impermissibly seeks to modify Creditor's claim, in violation of 11 U.S.C. Section 1322(b)(2).

**WHEREFORE**, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V respectfully requests the Court as follows:

    a. That confirmation of the Chapter 13 Plan be denied; or in the alternative;

    b. That the Debtors' plan be amended to adequately provide for Creditor's claim;

    c. That Creditor be awarded reasonable attorney's fees incurred in the filing of this

Objection; and

d.  For such other and further relief as the court deems proper.

Date: August 22, 2022.

                Respectfully submitted,

                By: /s/ Hugh Smith
                Hugh Smith Esq.
                ASB 3408G20C
                MCMICHAEL TAYLOR GRAY, LLC
                Attorney for Creditor
                3550 Engineering Drive, Suite 260
                Peachtree Corners, GA 30092
                Telephone: 404-474-7149
                E-mail: hsmith@mtglaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this August 22, 2022.

## SERVICE LIST

## VIA U.S. MAIL

Jennifer Wood
601 Valley Drive
Birmingham, AL 35206

### Via CM/ECF electronic service:

Robert C Keller
Russo, White & Keller
315 Gadsden Highway, Ste D
Birmingham, AL 35235

Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202-0848

Executed on: August 22, 2022

By: /s/ Hugh Smith
Hugh Smith Esq.
ASB 3408G20C
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
E-mail: hsmith@mtglaw.com