UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

JENNIFER WOOD, )
                                            Case Number: 22-01357-DSC-13
Debtor. )

## OBJECTION TO CLAIM 12

COMES NOW Jennifer Wood, the debtor, by and through her attorney of record, Robert C. Keller, and hereby objects to Claim 12 filed by US Bank NA through its servicer Rushmore Loan Management Services, LLC ("Creditor") and requests that the claim be reduced as set out herein. As grounds therefor, the Debtor states the following:

1. Claim 12 asserts a pre-petition arrearage claim of $6,734.78.

2. Form 410A asserts that $2,065.70 in fees and charges are part of this arrearage claim.

3. Upon review of the payment history in Form 410A, however, it appears that only the following charges have been previously disclosed to the Debtor: $109.70 (all charges prior to June 1, 2018), $250.00 (on June 5, 2018), and $400.00 (on July 13, 2018).

4. The mortgage requires that the fees and charges be disclosed to the Debtor prior to requesting payment of these fees and charges. *See*, Paragraph 9 of the Mortgage.

5. Additionally, the $1,306.00 in fees seeking disallowance were never disclosed in the prior bankruptcy case pursuant to Rule 3002.1.

6. The principal and interest portion of the pre-petition claim also needs to be reduced. The statement received by the Debtor prior to filing bankruptcy reflected a past due balance of $3,178.84 (which also includes the escrow portion).

7. As a result, Claim 12 should be reduced to the following:

|   |   |   |   |
|---|---|---|---|
| a. | Payments due: | $3,178.84 | |
| b. | Fees due: | $1,306.00 | |
| c. | Projected shortage: | To be recalculated once claim dispute is resolved. | |
| d. | Less funds on hand: | -$546.22 | |
|  | i. | Total: | $3,938.62 |

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Honorable Court sustain this objection and reduce Claim 12 as set out herein, and grant such other and further relief as to this Court seems just and proper.

Dated: August 30, 2022                                                  Respectfully submitted,

/s/ Robert C. Keller
Robert C. Keller
Attorney for the Debtor
315 Gadsden Highway, Suite D
Birmingham, AL 35235
(205) 833-2589

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Debtor's Objection to Claim 12 upon the Chapter 13 Trustee and Counsel for said creditor by filing a copy of the same using the CM/ECF system which will electronically serve a copy of same upon said interested parties this 30th day of August 2022.

Bradford Caraway
Chapter 13 Trustee
(via CM/ECF)

Hugh Smith, Esq.
Attorney for Creditor
McMichael, Taylor, Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
hsmith@mtglaw.com

/s/ Robert C. Keller
Robert C. Keller